**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

SORON WILLIAMS,

        Plaintiff,

vs.                                                           Case No. 3:07-cv-782-J-32JRK

EDDIE ACARDI MOTOR COMPANY,
etc.,

        Defendant.

**ORDER**[1]

This case is before the Court on Defendant Eddie Acardi Motor Company's Motion to Stay District Court Proceedings and Compel Arbitration (Doc. 11). After the parties fully briefed the motion (Docs. 12, 16, 17), the Magistrate Judge issued a Report and Recommendation (Doc. 18) on January 28, 2008 recommending that the motion be granted, that the Court stay these proceedings and compel arbitration. No objections were filed and the time to do has now passed. Accordingly, upon independent review, it is hereby

**ORDERED**:

1.    The Magistrate Judge's Report and Recommendation (Doc. 18) is **ADOPTED** as the opinion of the Court.

2.    Defendant Eddie Acardi Motor Company's Motion to Stay District Court Proceedings and Compel Arbitration (Doc. 11) is **GRANTED**.

3.    This case is hereby **STAYED** while the parties engage in arbitration pursuant

---

[1] Under the E-Government Act of 2002, this is a written opinion and therefore is available electronically. However, it has been entered only to decide the motion or matter addressed herein and is not intended for official publication or to serve as precedent.

to the parties' Dispute Resolution Agreement and 9 U.S.C. §§ 3, 4.

4. The Clerk is directed to administratively close this file, which is subject to reopening upon motion of any party. No later than June 10, 2008, defendants should file a notice regarding the status of the arbitration proceedings.

**DONE AND ORDERED** at Jacksonville, Florida this 10th day of March, 2008.

_____
TIMOTHY J. CORRIGAN
United States District Judge

s.
Copies:

Hon. James R. Klindt
United States Magistrate Judge

counsel of record